**TROUTMAN PEPPER LOCKE LLP**
Holly E. Cheong (NV Bar No. 11936)
Holly.Cheong@troutman.com
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 (Nevada Office)
Telephone: (213) 928-9800
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071 (Los Angeles Office)

Attorneys for Defendant Innovis Data Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Charissma Clifton,

Plaintiff,

vs.

Innovis Data Solutions, Inc.,

Defendant.

Case No. 2:26-cv-01719-GMN-MDC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Charissma Clifton and Defendant Innovis Data Solutions, Inc. stipulate to dismiss the above-captioned litigation, in its entirety, with prejudice. Each party will bear her/its own attorneys' fees and costs.

Dated this 10th day of August 2026

TROUTMAN PEPPER LOCKE LLP

*/s/ Holly E. Cheong*
HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
*Attorneys for Defendant Innovis Data Solutions. Inc.*

*/s/ Charissma Clifton*
CHARISSMA CLIFTON
6882 Relic Street
Las Vegas, Nevada 89149
*Plaintiff*

**ORDER**

IT IS SO ORDERED.

The Clerk of Court is kindly directed to close this case.

Dated this 17 day of August, 2026.

______________________________
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this August 10, 2026, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** in the following manner:

☒ **(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List, including Plaintiff, who is registered for e-service per ECF No. 3.

☐ **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, to the parties listed below at their last-known mailing addresses, on the date above written. N/A

☐ (**PERSONAL SERVICE**) By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below: N/A

☒ **(EMAIL)** By emailing a true and correct copy of the above-referenced document to the person(s) listed below: charissmajclifton@yahoo.com

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

*/s/ Jennifer S. Allen*
An employee of TROUTMAN PEPPER LOCKE